UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DON MAGYAR, | ) CASE NO. 8:08-CV-1181-T-30-MAP |
| Plaintiff, | ) JUDGE JAMES S. MOODY, JR. |
| v. | ) |
| THE DAVEY TREE EXPERT COMPANY, | ) <u>VERDICT FORM</u> |
| Defendant. | ) |

### VERDICT FORM

#### I. LIABILITY

1. Has Davey Tree demonstrated by a preponderance of the evidence that it guaranteed Mr. Magyar pay for 40 hours per week?

    Yes __X__    No _____

**If you answered "Yes" to Question No. 1, you have completed your deliberations and the Verdict Form should be dated and signed at the end. If you answered "No" to Question No. 1, proceed to the next question.**

2. Has Mr. Magyar proved by a preponderance of the evidence that Davey Tree failed to pay him the overtime required by law?

    Yes _____    No _____

**If you answered "No" to the Question No. 2, you have completed your deliberations and the Verdict Form should be dated and signed at the end. If you answered "Yes" to Question No. 2, proceed to the next question.**

## II. DAMAGES

3. Has Mr. Magyar demonstrated by a preponderance of the evidence that Davey Tree knew or showed reckless disregard for whether its conduct was prohibited by the FLSA?

    Yes_____    No _____

4. If you answered "No" to Question No. 3, what damages has Mr. Magyar proved by a preponderance of evidence he is entitled to for the period of time he was employed as a general foreman back to no more than two years before this lawsuit was filed on June 18, 2008?

    $ _____

5. If you answered "Yes" to Question No. 3, what damages has Mr. Magyar proved by a preponderance of evidence he is entitled to for the period of time he was employed as a general foreman back to no more than the period when he began in the general foreman position in January 2006?

    $ _____

So say we all this 7th day of December, 2009.

FOREPERSON: _____