UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DON MAGYAR

      Plaintiff,

v.                                               Case No. 8:08-cv-1181-T-30MAP

THE DAVEY TREE EXPERT COMPANY

      Defendant.

_____

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, The Davey Tree Expert Company, and against Plaintiff, Don Magyar.

Date: December 9, 2009                             SHERYL L. LOESCH, CLERK

                                                                     By: S. Boswell, Deputy Clerk